**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**


IT APPEARING THAT case number 19-cv-5620 was electronically opened in error, therefore

IT IS HEREBY ORDERED that the assignment of 19-cv-5620 shall be vacated and that case number 19-cv-5620 shall not be used for any other proceeding.


**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**


_____
Chief Judge Rebecca R. Pallmeyer


Dated at Chicago, Illinois this 25th day of September, 2019.